JS 44 (Rev. 3/99)

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS** Walter J. Brzowski

**DEFENDANTS** Raymond Figueroa, James J. Allen, Gerald C. Bender, James Glaskow and Paul Kaupas

**(b)** County of Residence of First Listed Plaintiff: Kane (currently)
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: Cook and Will
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
750 South State Street Unit 'F' Ste. #17
Elgin IL 60123    #(847) 429-5730

Attorneys (If Known): UNKNOWN TO PLAINTIFF

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**FILED MAR 10 2008**
Mar 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

**08CV1401**
**JUDGE LEINENWEBER**
**MAG. JUDGE MASON**

**IV. NATURE OF SUIT** — CIVIL RIGHTS: ☒ 440 Other Civil Rights

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
☒ 1 Original Proceeding

**VI. CAUSE OF ACTION**: USC #28 @ 2283

**VII. REQUESTED IN COMPLAINT**: ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**VIII. This case** ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case _____, previously dismissed by Judge _____

DATE: February 28, 2008

SIGNATURE OF ATTORNEY OF RECORD: [signature]