

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)  WALTER J. BRZOWSKI )
                                  )
                          v.      )   **08CV1401**
                                  )   **JUDGE LEINENWEBER**
Defendant(s) RAYMOND A. Figueroa; James J. )   **MAG. JUDGE MASON**
Allen; Gerald C. Bender; James )
Glaskow; and Paul A. Kaupas )

### MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, **WALTER J. BRZOWSKI**, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[**NOTE**: This item *must* be completed]:

   **FILED**
   MAR 1 0 2008
   Mar 10, 2008
   MICHAEL W. DOBBINS
   CLERK, U.S. DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____          750 South State Street Unit 'F'
Movant's Signature                  Street Address

February 28, 2008                   Elgin IL. 60123
Date                                City, State, ZIP