

**FILED**

MAR 1 0 2008
Mar 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Walter J. Brzowski
(Please print)

STREET ADDRESS: 750 South State Street (currently)
Unit 'F'   Suite #17

CITY/STATE/ZIP: Elgin Illinois 60123

PHONE NUMBER: #(847) 429-5730

CASE NUMBER: _____

**08CV1401
JUDGE LEINENWEBER
MAG. JUDGE MASON**

_____Walter J. Brzowski_____
SignatureDate  in want of Counsel