# United States District Court
## Northern District of Illinois
### Eastern Division

Walter J. Brzowski                  **JUDGMENT IN A CIVIL CASE**

      v.                                      Case Number: 08 C 1401

Raymond A. Figueroa, et al

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the plaintiff Walter J. Brzowski's complaint is dismissed for lack of jurisdiction and without prejudice

                                                                  Michael W. Dobbins, Clerk of Court

Date: 5/29/2008                                    _____
                                                            /s/ Wanda A. Parker, Deputy Clerk