# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1401 | **DATE** | 6/5/2008 |
| **CASE TITLE** | Walter J. Brzowski vs. Raymond A. Figueroa | | |

**DOCKET ENTRY TEXT**

In September 2007, the Executive Committee of the U.S. District Court for the Northern District of Illinois entered a regulatory injunction restricting Mr. Brzowski's filings. *See In re Walter J. Brzowski, Case No. 07 C 5613 (*N.D.Ill.*),* Order of September 20, 2007. Plaintiff's Petition to Address the court upon pending matters now noticed for 6/11/2007 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|