UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

WALTER J. BRZOWSKI
Plaintiff

Vs.

RAYMOND A. FIGUEROA, Et Al.
Defendants

CASE NO. #08 CV-1401

## NOTICE OF MOTION

TO: District Judge Harry D. Leinenweber
U.S. District Judge's Copy #1941
219 South Dearborn Street
Chicago, IL. 60604

TO: Supreme Court of the United States
Chief Justice's Courtesy Copy
1 First Street, N.E.
Washington, D.C. 20543

On July 1, 2008, 9:30AM, or as soon thereafter as I may be heard, I shall appear in front of U.S. District Judge Harry D. Leinenweber or any judge sitting in his stead, in courtroom #1941, Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL. 60604, and present the attached Pleading requesting:

"Petition to Strike and Dismiss the June 5, 2008: 'Docket Entry Text Order'"

a copy is now served onto you.

Name: Walter J. Brzowski
Attorney For: Plaintiff
Address: 6431 South Karlov
City/State/Zip: Chicago, IL. 60629

_____
(Signature)

### CERTIFICATE AND AFFIDAVIT OF DELIVERY PERSONALLY, OR BY MAIL

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to #735ILCS 5/1-109, that the above NOTICE OF MOTION and attached pleading were ___ personally delivered OR ___ placed in the U.S. Mail with first class postage prepaid and directed to all Parties of record at the addresses set forth above, on or before 5:00 PM on June, ___, 2008.

_____
(Signature)

Walter J. Brzowski
(Print Name)

MICHAEL W. DOBBINS, CLERK OF THE NORTHERN DISTRICT COURT, EASTERN DIVISION