# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Walter J Brzowski

                              Plaintiff,

v.                                                            Case No.: 1:08−cv−01401
                                                               Honorable Harry D. Leinenweber

Raymond A. Figueroa, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 23, 2008:

      MINUTE entry before the Honorable Harry D. Leinenweber:Pursuant to the Executive Committee order of September 20, 2007, plaintiff's Petition to strike and dismiss the June 5, 2008: Docket Entry Text Order:"[9] is stricken.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.