UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

FILED
JUN 2 2008
U.S. DISTRICT COURT

WALTER J. BRZOWSKI
    Plaintiff
vs.

RAYMOND A. FIGUEROA, Et Al.
    Defendants

JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

CASE NO.: #08 CV-1401

08 cv 1401

Judge Harry D. Leinenweber, Presiding

## PETITION TO ADDRESS THE COURT UPON PENDING MATTERS

NOW COMES The Plaintiff, Walter J. Brzowski, in pursuant to Rules: #7 (b) (1), and #40 (2) of the Code of Federal Civil Procedure, does hereby state, assert and express the following to this Honorable U.S. District Court:

1) That on March 10, 2008, the chief Plaintiff, Walter J. Brzowski initiated a Civil Action against five named Defendants citing: "Cause of Action for Federal Intervention and Injunctive Relief Against Defendants", which created Case No. #08 C-1401; and,

2) That upon inspection of all Four Counts, (54 Articles therein), brings forth that the named (5) Defendants violated heavily Federal Removal Statutes; the Plaintiff's due process Rights, as well as encroaching upon his Freedom Liberty *and* Fatherhood Rights to his minor, (natural) Sons, [Brandon and Eric]; and,

3) That the March 10, 2008 "Cause of Action" is well-grounded in Federal Laws, as well as some Common Case Precedents that clearly and convincingly shows that such 'Action' brought forth by the Plaintiff against these five Defendants has a legal basis to pursue onward in an 'expedited manner', (*Emphasis added*); and,

4) That the Plaintiff, Walter J. Brzowski is (currently) being <u>victimized</u> by these State Actors by and through "Orders" and a "Judgment" that are unambiguously declared <u>void</u> due to lack of the required subject matter jurisdiction, pursuant to USC #28 @ 1446 (d), and in direct conjunction with USC #28 @ 1447 (c), [see Count One]; and,

5) That Walter J. Brzowski is a U.S. Citizen, which affords to him all his [protected] Constitutional Rights, and under the: "Equal Protection Under The Law, Clause", which no

State, (or Federal) "Officers of the Court" can waive, obstruct, and/or encroach upon by any arbitrary, or other unjustifiable means, (*Emphasis added*); and,

6) That Walter J. Brzowski is now suffering: "fear of imminent arrests and incarcerations" when he constitutionally exercises his Fatherhood Rights to his two minor Boys, (*or to his Wife, Laura A. Brzowski*), since there is **no** valid, enforceable Order/Judgment to render such havoc onto his Rights, [see Count One & Two]; and,

7) That Walter J. Brzowski needs to be protected by Federal Injunction against these named five Defendants from unconstitutional arrests and confinement, since his due process of Law Rights do **not** permit these Defendants to operate in a reckless manner against the betterment of these Rights, and/or obstruct the fundamentals of Justice; and,

8) That as of this date, the Federal District Court operating on this Case placed a stagnant status upon this Civil Action, which upon this questionable dilatory application, must be resolved as to expedite this matter forward, since the Plaintiff's: "Enjoyment of Life", and his "Fatherhood Rights" are being jeopardized by these five Defendants, without any lawful foundation to do so; and,

9) Therefore, as a means to relieve the 'status quo' upon this neutralized Case, the Plaintiff now seeks to: 'address the Court' as to invoke this U.S. District Court to proceed onward on an 'expedited schedule' through procedural applications, as to bring this Civil Action into a final adjudication in the future through due process of Law, *and* his Constitutional Rights requirements.

WHEREFORE, The Plaintiff Walter J. Brzowski now respectfully prays to this Honorable U.S. District Court as to come before the Judge of Record, in a Court of Law, as to address such Court to relieve the status quo setting upon this Case since March 10, 2008, and procedurally move onward for which the best interests of Justice rightfully dictates to be applied.

## ATTESTATION

I Walter J. Brzowski, having read and understood the above self-subscribed "Petition", certifies it to be true and correct in content and form, and as to where knowledge of Information provided herein, is deemed truthful to assert in a Court of Law for proper recourse and effect.

Dated this 31st day of May, 2008

_____
Walter J. Brzowski