UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

WALTER J. BRZOWSKI
    Plaintiff

Vs.

RAYMOND A. FIGUEROA, Et Al.
    Defendants

CASE NO. #08 CV-1401

**FILED**
JUN 2 2008
JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

### NOTICE OF MOTION

TO: District Judge Harry D. Leinenweber
    U.S. District Judge's Copy #1941
    219 South Dearborn Street
    Chicago, IL. 60604

On June 11, 2008, 9:30AM, or as soon thereafter as I may be heard, I shall appear in front of U.S. District Judge Harry D. Leinenweber or any judge sitting in his stead, in courtroom #1941, Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL. 60604, and present the attached Pleading requesting:

"Petition to Address the Court Upon Pending Matters"

a copy is now served onto you.

Name: Walter J. Brzowski
Attorney For: Appellant
Address: 6431 South Karlov
City/State/Zip: Chicago, IL. 60629

_____
    Signature

---

### CERTIFICATE AND AFFIDAVIT OF DELIVERY PERSONALLY, OR BY MAIL

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to #735ILCS 5/1-109, that the above NOTICE OF MOTION and attached pleading were _X_ personally delivered OR ___ placed in the U.S. Mail with first class postage prepaid and directed to all Parties of record at the addresses set forth above, on or before 5:00 PM on June, _2_, 2008.

_____
    (Signature)

Walter J. Brzowski
(Print Name)

**MICHAEL W. DOBBINS, CLERK OF THE NORTHERN DISTRICT COURT, EASTERN DIVISION**